B18W (Form 18W)(08/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number** 10−30774−KRH
**Chapter** 13

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Jamie Ann−Irwin Oulton
  fka Jamie Ann Irwin
  2900 Greenway Ave
  Henrico, VA 23228

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):
  Debtor: xxx−xx−6256

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor:  NA

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

Jamie Ann−Irwin Oulton is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated:  May 29, 2014                                   William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                               Eastern District of Virginia
In re:                                                                    Case No. 10-30774-KRH
Jamie Ann-Irwin Oulton                                                    Chapter 13
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0422-7          User: ramirez-l              Page 1 of 2                  Date Rcvd: May 29, 2014
                              Form ID: B18W                Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2014.
db           +Jamie Ann-Irwin Oulton,   2900 Greenway Ave,   Henrico, VA 23228-5571
aty          +Nickolaus Allan McLemore,   Brice, Vander Linden & Wernick, P.C.,   9441 LBJ Freeway, Suite 250,
               Dallas, TX 75243-4640
cr           +AURORA LOAN SERVICES, LLC,   c/o SHAPIRO & BURSON, LLP,   236 Clearfield Avenue, Ste 215,
               Virginia Beach, VA 23462-1893
cr           +CHASE HOME FINANCE, LLC,   c/o SHAPIRO & BURSON, LLP,   236 Clearfield Avenue, Ste 215,
               Virginia Beach, VA 23462-1893
cr            JPMorgan Chase Bank, N.A. successor by merger to C,   Mail Code LA4-5555 - 700 Kansas Lane,
               Monroe, LA  71203
cr           ++NATIONSTAR MORTGAGE,   PO BOX 630267,   IRVING TEXAS 75063-0116
              (address filed with court: Nationstar Mortgage, LLC,   350 Highland Drive,
               Lewisville, TX  70567)
9468890       Bk Essex,   Prince St,   Tappahannock, VA 22560-0000
9521447      +CHASE HOME FINANCE, LLC,   3415 VISION DRIVE,   COLUMBUS OH 43219-6009
9468892      #+Chase,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
9586919      +County of Goochland Treas,   1800 Sandy Hook Road,   Goochland, VA 23063-3105
9468893      +Directv c/o The CBE Group Inc,   131 Tower Park Dr,   Suite 100,   Waterloo, IA 50701-9374
9468894       Encore Receivable Management,   400 N Rogers Rd,   PO Box 3330,   Olathe, KS 66063-3330
9560726      +Goochland County Treasurer,   1800 Sandy Hook Rd,   Goochland, VA 23063-3105
10467890      JPMorgan Chase Bank, N.A.,   Chase Records Center,   Mail Code LA4-5555 - 700 Kansas Lane,
               Monroe, LA 71203
9586920      +John Oulton,   2900 Greenway Ave.,   Henrico, VA 23228-5571
9468901      +Law Offices - Shapiro & Burson,   236 Clearfield Ave,   Suite 215,
               Virginia Beach, VA 23462-1893
9468902      ++NATIONWIDE RECOVERY SERVICE,   PO BOX 8005,   CLEVELAND TN 37320-8005
              (address filed with court: Nationwide Recovery Se,   Po Box 1015,   Cleveland, TN 37364-0000)
9468904       Sheridan,   PO Box 452409,   Fort Lauderdale, FL 33345-2409
9468905       Sheridan Children's Hlthcr-VA,   PO Box 452409,   Fort Lauderdale, FL 33345-2409
10436305     +Tanya Proffitt,   Dept TREA,   2900 Greenway Ave,   Henrico, VA 23228-5571

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: ALSBankruptcy@aurorabankfsb.com May 30 2014 02:07:06      Aurora Bank FSB,
               2617 College Dr.,   Scottsbluff, NE 69361-1796
cr           +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com May 30 2014 02:36:21
               Capital One Auto Finance Department,   P.O. Box 201347,   Arlington, TX 76006-1347
cr           +E-mail/Text: mpugh@tokn.com May 30 2014 02:07:50     Essex Bank,
               c/o Thompson O'Brien Kemp & Nasuti P.C.,   40 Technology Parkway South,   Suite 300,
               Norcross, GA 30092-2924
cr            EDI: AIS.COM May 30 2014 02:03:00      Midland Funding LLC by American InfoSource LP as a,
               Attn: Department 1,   PO Box 4457,   Houston, TX  77210-4457
cr           +EDI: PRA.COM May 30 2014 02:03:00      PRA  Receivables Management LLC,   POB 41067,
               Norfolk, VA 23541-1067
9528195      +E-mail/Text: ALSBankruptcy@aurorabankfsb.com May 30 2014 02:07:06      AURORA LOAN SERVICES, LLC,
               6666 EAST 75TH STREET,   INDIANAPOLIS IN 46250-2872
9539298       EDI: AIS.COM May 30 2014 02:03:00      American Infosource Lp As Agent for,
               World Financial Network National Bank As,   Abercrombie & Fitch,   PO Box 248872,
               Oklahoma City, OK  73124-8872
9539304       EDI: AIS.COM May 30 2014 02:03:00      American Infosource Lp As Agent for,
               World Financial Network National Bank As,   Victoria's Secret,   PO Box 248872,
               Oklahoma City, OK  73124-8872
9468888      +E-mail/Text: ALSBankruptcy@aurorabankfsb.com May 30 2014 02:07:06      Aurora Loan Services I,
               10350 Park Meadows Dr St,   Littleton, CO 80124-6800
9468889      +EDI: BANKAMER2.COM May 30 2014 02:03:00      Bank Of America,   Po Box 1598,
               Norfolk, VA 23501-1598
9740506       EDI: RESURGENT.COM May 30 2014 02:03:00      CR Evergreen, LLC,   MS 550,   PO Box 91121,
               Seattle, WA 98111-9221
9468891      +E-mail/Text: coafinternalbkteam@capitaloneauto.com May 30 2014 02:08:53
               Capital One Auto Finan,   3901 Dallas Pkwy,   Plano, TX 75093-7864
9475873      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com May 30 2014 02:35:52
               Capital One Auto Finance,   P.O. Box 201347,   Arlington, TX 76006-1347
9542619      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com May 30 2014 02:36:07
               Capital One Auto Finance, c/o Ascension Capital Gr,   P.O. Box 201347,
               Arlington, TX 76006-1347
10846422     +EDI: RESURGENT.COM May 30 2014 02:03:00      East Bay Funding, LLC,
               c/o Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
9675479       EDI: RMSC.COM May 30 2014 02:03:00      GE Consumer Finance,   For GE Money Bank,
               dba CARECREDIT/GEMB,   PO Box 960061,   Orlando FL 32896-0661
9468895       EDI: RMSC.COM May 30 2014 02:03:00      GE Money,   PO Box 981127,   El Paso, TX 79998-1127
9468896      +EDI: RMSC.COM May 30 2014 02:03:00      Gemb/Care Credit,   Po Box 981439,
               El Paso, TX 79998-1439
9468899       EDI: HFC.COM May 30 2014 02:03:00      HFC,   PO Box 5608,   Glendale Heights, IL 60139-5608
9759337      +E-mail/Text: bankruptcydepartment@ncogroup.com May 30 2014 02:08:24      Henrico Doctors Hospital,
               c/o NCO Financial Systems, Inc.,   1804 Washington Blvd.,   Dept. 600,
               Baltimore, MD 21230-1700
```

```
District/off: 0422-7          User: ramirez-l           Page 2 of 2                   Date Rcvd: May 29, 2014
                              Form ID: B18W             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
9468897       +EDI: HCA2.COM May 30 2014 01:58:00      Henrico Doctors Hospital--Frst,   PO Box 99400,
               Louisville, KY 40269-0400
9468898       +EDI: HFC.COM May 30 2014 02:03:00      Hfc,   Po Box 3425,    Buffalo, NY 14240-3425
9468900       +E-mail/Text: ebnsterling@weltman.com May 30 2014 02:07:47       Jareds Jewelers,   375 Ghent Rd,
               Akron, OH 44333-4601
9468903        E-mail/Text: bankruptcydepartment@ncogroup.com May 30 2014 02:08:24        Nco Fin/51,
               Po Box 13574,    Philadelphia, PA 19101-0000
11745251       EDI: AIS.COM May 30 2014 02:03:00      Midland Funding LLC,    by American InfoSource LP as agent,
               Attn: Department 1,    PO Box 4457,    Houston, TX 77210-4457
10717301       EDI: PRA.COM May 30 2014 02:03:00      Portfolio Recovery Associates,    PO BOX 41067,
               Norfolk VA 23451
9638795       +EDI: PRA.COM May 30 2014 02:03:00      PRA Receivables Management, LLC,
               As Agent of Portfolio Recovery Assocs.,     PO Box 41067,   Norfolk, VA 23541-1067
9603077       +E-mail/Text: BKRMailOps@weltman.com May 30 2014 02:08:08
               Sterling Inc. dba Jared Galleria of Jewelry,     c/o Weltman, Weinberg & Reis, Co., LPA,
               965 Keynote Circle,    Brooklyn Hts, OH 44131-1829
9744784        EDI: AFNIVERIZONE.COM May 30 2014 02:03:00      Verizon,    PO BOX 3037,
               Bloomington, IL 61702-3037
9468906       +EDI: AFNIVERIZONE.COM May 30 2014 02:03:00      Verizon Virginia Inc,    500 Technology Dr,
               Weldon Spring, MO 63304-2225
9468907       +EDI: WFNNB.COM May 30 2014 02:03:00      Wfnb/Abrecrombie Fitch,    Po Box 182548,
               Columbus, OH 43218-2548
9468908       +EDI: WFNNB.COM May 30 2014 02:03:00      Wfnnb/Victorias Secret,    Po Box 182128,
               Columbus, OH 43218-2128
                                                                                               TOTAL: 32

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Capital One Auto Finance
cr*            Goochland County Treasurer's Office
cr*           +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
               GREENVILLE, SC 29602-0288
11259827*    ++NATIONSTAR MORTGAGE,    PO BOX 630267,    IRVING TEXAS 75063-0116
              (address filed with court: Nationstar Mortgage, LLC,     Bankruptcy Department,   350 Highland Dr.,
               Lewisville, Texas 75067)
                                                                                               TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2014 at the address(es) listed below:

```
              Cheran Denise Cordell    on behalf of Creditor    CHASE HOME FINANCE, LLC vabecf@logs.com,
               vabecf@logs.com
              David C. Whitridge    on behalf of Creditor    Essex Bank ecf_va@mrdefault.com
              Edward Stephen Jones    on behalf of Creditor    AURORA LOAN SERVICES, LLC vabecf@logs.com
              Edward Stephen Jones    on behalf of Creditor    CHASE HOME FINANCE, LLC vabecf@logs.com
              Richard James Oulton    on behalf of Debtor Jamie Ann-Irwin Oulton 2debtlawgroup@gmail.com,
               thedebtlawgroupmail@gmail.com;fellows.jl@gmail.com;rchurwitz@gmail.com;DLGHearings@gmail.com
              Robert E. Hyman    station08@ricva.net, ecfsummary@ricva.net
              Sara A. John    on behalf of Creditor    Capital One Auto Finance sara_john@eppspc.com
                                                                                              TOTAL: 7
```